# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONALD TEMPLE and MARY TEMPLE, | ) | |
| | ) | |
| Plaintiffs, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | Case No. 4:18-cv-00041-RJS-JFJ |
| | ) | |
| STATE FARM FIRE & CASUALTY COMPANY, | ) | Judge Robert J. Shelby |
| | ) | |
| | ) | Magistrate Judge Jodi F. Jayne |
| Defendant. | ) | |

It is hereby ORDERED AND ADJUDGED that judgment is entered in favor of Defendant State Farm Fire & Casualty Company.

SO ORDERED this 2nd day of February, 2022.

BY THE COURT:

_____
ROBERT J. SHELBY
United States District Judge