IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DONALD TEMPLE and<br>(2) MARY TEMPLE,<br><br>            Plaintiffs,<br><br>v.<br><br>(1) STATE FARM FIRE & CASUALTY<br>COMPANY,<br><br>            Defendant. | Case No. 4:18-cv-00041-RJS-JFJ |

**JOINT NOTICE OF THE PARTIES TO APPRISE THE COURT OF
SETTLEMENT OF THE ATTORNEY FEES AND COSTS MOTIONS**

The Court entered judgment for State Farm on February 2, 2022 [Doc. 197], and State Farm separately its motion for attorney fees [Doc. 200] and its motion for costs [Doc. 199] on February 16, 2022. The parties here jointly apprise the Court that the parties have reached an agreement on the attorney fees and costs issues in this action. Counsel for State Farm has permission to file this document on behalf of the parties. Based on the agreement of the parties, these motions may be found moot by the Court.

*s/Robert J. Carlson*
Robert J. Carlson, OBA No. 19312
James Wesley S. Pebsworth, OBA No. 30900
**GABLEGOTWALS**
1100 ONEOK Plaza
100 W. Fifth Street
Tulsa, OK  74103-4217
(918) 595-4800
(918) 595-4990 (fax)
*rcarlson@gablelaw.com*
*wpebsworth@gablelaw.com*

***Attorneys for Defendant,
State Farm Fire & Casualty Company***

{2463227;}

## CERTIFICATE OF SERVICE

  I hereby certify that on the 18th of February 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

John M. Thetford
Lee I. Levinson
Evan McLemore
**Attorneys for Plaintiff**

                *s/Robert J. Carlson*
                Robert J. Carlson